UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GINA VERNER

     v.            C.A. No. 14-372 ML

CAROLYN COLVIN
Commissioner of the Social
Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on August 12, 2015 (Docket #21). No objection has been filed and the time for doing so has passed.

This Court, having considered the Report and Recommendation, adopts it in its entirety. The Commissioner's Motion for an Order Affirming the Decision of the Commissioner (Docket #16) is DENIED and the Plaintiff's Motion to Reverse the Decision of the Commissioner (Docket #15) is GRANTED with a remand for further administrative proceedings.

SO ORDERED:

_/s/ Mary M. Lisi_
Mary M. Lisi
United States District Judge
September 15, 2015